# United States District Court Violation Notice

CVB Location Code: TM45

Violation Number: 6323035
Officer Name (Print): Koivula
Officer No.: 470

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 5/24/22 - 8/12/22
Offense Charged: 18 USC 1701

Place of Offense: Green Hills, Nashville, 37215

Offense Description: Obstruction of Mail

## DEFENDANT INFORMATION

Last Name: Wilson
First Name: Marcel
MI: K

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

MCA

Forfeiture Amount: $
+ $30 Processing Fee
PAY THIS AMOUNT → $ Total Collateral Due

### YOUR COURT DATE

Court Address: Federal Courthouse, 801 Broadway, Nashville, TN 37215

X Defendant Signature: Marcel Wilson

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/21/2022 13:59



# UNITED STATES POSTAL SERVICE
# OFFICE OF INSPECTOR GENERAL
### EASTERN AREA FIELD OFFICE
### NASHVILLE, TN SUB-OFFICE
### 1734 GENERAL GEORGE PATTON DR
### BRENTWOOD, TN 37027

Probable Cause Statement

United States District Court Violation Notice # <u>6323035</u>

I, Jeanna Koivula, Special Agent, U.S. Postal Service (Postal Service), Office of Inspector General (OIG), Nashville, TN, being duly sworn, hereby depose and state the following:

I am employed as a special agent (SA) with the Postal Service OIG. I have been so employed for approximately sixteen years. Prior to this employment, I was employed as a Postal Inspector with the U.S. Postal Inspection Service for two years. I have approximately eighteen years of service as a federal investigator, all of which have been spent investigating postal crimes. I am currently assigned to investigate crimes committed by Postal Service employees and Postal Service contractors involved in misconduct, including the obstruction of mail.

## Probable Cause

1. On August 8, 2022, I spoke with Keosha Rucker, station manager, Green Hills Station Post Office, 1906 Glen Echo Rd, Nashville, TN 37215 regarding advertisement mail which had been recovered from a residential trash can located at 4620 Shy's Hill Rd. The Green Hills Station Post Office is responsible for mail delivery to this residential address.

2. I initiated an investigation based upon the information which ultimately led to an interview on August 12, 2022, of City Carrier, Wilson, Marcel. Prior to any questioning, SA's Koivula introduced herself as OIG SA and advised Wilson of his rights per Garrity (Acknowledgement of Rights Form). When asked if he understood, Wilson answered in the affirmative and signed the Garrity Rights Warning and Waiver form.

3. During the interview, Wilson admitted to obstruction of mail while in the performance in his official duties. Wilson admitted he threw away deliverable advertisement mail no less than 10 times during May 2022 through August 2022. Wilson stated he discarded mail into two residential trash cans located on city route 25 [4620 Shy's Hill Rd and 4637 Benton Smith Rd] and one time on city route 30. Wilson stated he chose the residential mailboxes because the house sat high on a hill, and he was not as likely to get caught.

CVB SCAN 09/21/2022 13:59

4. Wilson was shown 170 standard rate advertisement mailings which were recovered from residential trash can located at 4620 Shy's Hill Rd by SA Koivula on August 8, 2022, Wilson confirmed it was mail he discarded instead of delivering.

Based upon the facts and information, I believe probable cause exists that Marcel Wilson did knowingly, willingly and unlawfully obstruct U.S. Mail, in violation of 18 USC §1701, Obstruction of Mail. I do solemnly declare and affirm under penalty of perjury that the contents of the foregoing documents are true and correct to the best of my knowledge, information, and belief.

*Jeanna Koivula*
Jeanna Koivula, Special Agent
U.S. Postal Service
Office of Inspector General