# Exhibit A
# Declaration of Marcel K. Wilson

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Violation No. 6323035 |
| | ) | *Petty Offense Docket* |
| MARCEL WILSON | ) | |

**SWORN DECLARATION OF DEFENDANT**
**MARCEL K. WILSON**

Marcel K. Wilson being first duly sworn, deposes and states as follows:

1. I am the Defendant in the above-captioned petty offense Violation Notice.

2. I have reached a settlement agreement with the United States which provides that in exchange for my promise to never seek future employment with the United States Postal Service, the government will dismiss Violation Notice Number 6323035.

3. Having been duly sworn, I hereby swear under the penalty of perjury that in exchange for the dismissal of the Violation Notice, I will not seek employment with the United States Postal Service at any point in the future.

**FURTHER AFFIANT SAITH NOT.**

*Marcel K Wilson*
MARCEL K. WILSON

STATE OF TENNESSEE )
COUNTY OF DAVIDSON )

Sworn to and subscribed to before
me this 10th day of Aug., 2023.

NOTARY PUBLIC

My Commission Expires: _____