UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No.23mj- 1276 |
| | ) | |
| **v.** | ) | Nos. TM45-6323035 |
| | ) | |
| **MARCEL K. WILSON** | ) | MAGISTRATE JUDGE HOLMES |

## ORDER DISMISSING CITATION

Upon the government's motion, the case is hereby dismissed with prejudice and without reservation of jurisdiction.

It is SO ORDERED.

_____
BARBARA D. HOLMES United
States Magistrate Judge